UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOLEEN DELGADO,<br><br>                    Plaintiff,<br><br>-against-<br><br>THE PEOPLE OF THE STATE OF NEW YORK; KEVIN RUSSO,<br><br>                    Defendants. | 24cv9165 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the December 11, 2024, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438 (1962).

SO ORDERED.

Dated:   December 18, 2024
         New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge